

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | |
|---|---|
| JERRALD ANTHONY FOLKS, § | |
| Plaintiff, § | |
| vs. § | CIVIL ACTION 1:21-105-MGL-SVH |
| § | |
| SGT. ELLISON; CAPTAIN BILL § | |
| REEVES; CHRISTOPHER § | |
| DELOACH, EMS DIRECTOR; § | |
| OFFC. HANSON; BRANDY § | |
| GALLOWAY, NURSE; SARA § | |
| LEDBETTER, NURSE; CAPTAIN § | |
| NICK GALLAM; INV. S. WILLIAMS; § | |
| and CAPT. SAWYER, § | |
| Defendants. § | |

**ORDER ADOPTING THE REPORT AND RECOMMENDATION
AND DISMISSING CERTAIN DEFENDANTS FROM THIS ACTION**

Plaintiff Jerrald Anthony Folks (Folks) filed this 42 U.S.C. 1983 lawsuit against the above-named defendants. He is representing himself.

The matter is before the Court for review of the Report and Recommendation (Report) of the United States Magistrate Judge suggesting Defendants Capt. Sawyer (Sawyer), Christopher Deloache (Deloach), Captain Nick Gallum (Gallum), and Inv. S. Williams (Williams) be dismissed from this action.. The Report was made in accordance with 28 U.S.C. § 636 and Local Civil Rule 73.02 for the District of South Carolina.

The Magistrate Judge makes only a recommendation to this Court. The recommendation has no presumptive weight. The responsibility to make a final determination remains with the Court.

*Mathews v. Weber*, 423 U.S. 261, 270 (1976).  The Court is charged with making a de novo determination of those portions of the Report to which specific objection is made, and the Court may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge or recommit the matter with instructions.  28 U.S.C. § 636(b)(1).

The Magistrate Judge filed the Report on February 26, 2021, but Folks failed to file any objections.  "[I]n the absence of a timely filed objection, a district court need not conduct a de novo review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'"  *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (quoting Fed. R. Civ. P. 72  advisory committee's note).  Moreover, a failure to object waives appellate review.  *Wright v. Collins*, 766 F.2d 841, 845-46 (4th Cir. 1985).

After a thorough review of the Report and the record in this case pursuant to the standard set forth above, the Court adopts the Report and incorporates it herein.  It is therefore the judgment of the Court Sawyer, Deloache, Gallum, and Williams are **DISMISSED** from this action.

**IT IS SO ORDERED**.

Signed this 29th day of November, 2021, in Columbia, South Carolina.

s/ Mary Geiger Lewis  
MARY GEIGER LEWIS  
UNITED STATES DISTRICT JUDGE

*****
**NOTICE OF RIGHT TO APPEAL**
Folks is hereby notified of the right to appeal this Order within thirty days from the date hereof, pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure.